# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand and thirteen.

Before:    Ralph K. Winter,
              *Circuit Judge.*

_____

Liberty Media Corporation, LMC Capital LLC,
Liberty Programming Company LLC, LMC USA
VI, Inc., LMC USA X, Inc., Liberty HSN LLC
Holdings, Inc., Liberty Media International, Inc.,
LMC USA VII, Inc., LMC USA VIII, Inc.,

  Plaintiffs - Appellees - Cross Appellants,

v.

Vivendi Universal S.A., Universal Studios, Inc.,

  Defendants - Appellants - Cross Appellees.

**ORDER**
Docket No. 13-596 (L)
          13-739 (Con)

_____

    IT IS HEREBY ORDERED that the motion by appellants-cross-appellees Vivendi S.A. and Universal Studios, Inc. for a temporary stay of the appeal and of briefing is GRANTED. However, the court is ordering a shortened briefing schedule to apply once a final judgment is rendered in the related case.  The briefs in both matters will be due no later than 30 days after the notice of appeal is filed in the related case.  Appellants should make every effort to obtain transcripts before entry of final judgment in the related case.  The only grounds for an extension of time that will be considered by the court is a verified inability to obtain necessary transcripts. Appellee's response will be due  30 days after filing of appellants' briefs.

                                                For the Court:

                                                Catherine O'Hagan Wolfe,
                                                Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON APRIL 4, 2013